**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**FRANKFORT**

Eastern District of Kentucky
FILED
OCT 08 2026
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 26-12-REW-EBA

**ERICK MELECIO DE LA CRUZ LUIS**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**18 U.S.C. § 1546(a)**

On or about February 11, 2022, in Shelby County, in the Eastern District of Kentucky, and elsewhere,

**ERICK MELECIO DE LA CRUZ LUIS**

did knowingly possess and use a document prescribed by statute and regulation as evidence of authorized employment in the United States, that is, a social security card, in the name of J.N.R., which the defendant knew to be forged, counterfeited, and falsely made, in violation of 18 U.S.C. § 1546(a).

**COUNT 2**
**18 U.S.C. 1015(e)**

On or about February 11, 2022, in Shelby County, in the Eastern District of Kentucky, and elsewhere,

**ERICK MELECIO DE LA CRUZ LUIS**

did knowingly make a false statement and claim that he was a citizen of the United States with the intent to engage unlawfully in employment in the United States, in violation of 18 U.S.C. § 1015(e).

**COUNT 3**
**18 U.S.C. 1028(a)(6)**

On or about September 10, 2026, in Shelby County, in the Eastern District of Kentucky, and elsewhere,

**ERICK MELECIO DE LA CRUZ LUIS**

did knowingly possess an identification document, a social security card, that was or appeared to be an identification document of the United States, knowing that such document was produced without lawful authority, in violation of 18 U.S.C. § 1028(a)(6).

**FORFEITURE ALLEGATION**
**18 U.S.C. § 981(a)(1)(C)**
**18 U.S.C. § 982(a)(6)**
**28 U.S.C. § 2461(c)**

1. By virtue of the commission of the offense alleged in Count 1 of the Indictment, **ERICK MELECIO DE LA CRUZ LUIS** shall forfeit to the United States any conveyance used in the commission of the violation of 18 U.S.C. § 1546 and 18 U.S.C. § 1028(a)(6) and any property real or personal that constitutes, or is derived from or is traceable to, the proceeds obtained directly or indirectly from the commission of such violation or that is used to facilitate, or is intended to be used to facilitate, the commission of such violation. Any and all

interest that **ERICK MELECIO DE LA CRUZ LUIS** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 982(a)(6).

2. By virtue of the commission of the offense alleged in Count 3 of the Indictment, **ERICK MELECIO DE LA CRUZ LUIS** shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the violation of 18 U.S.C. § 1028. Any and all interest that **ERICK MELECIO DE LA CRUZ LUIS** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

**A TRUE BILL**

[redacted]

**FOREPERSON**

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**EMILY K. GREENFIELD**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:** Not more than 10 years imprisonment, a $250,000 fine, and 3 years supervised release.

**COUNT 2:** Not more than 5 years imprisonment, a $250,000 fine, and 3 years supervised release.

**COUNT 3:** Not more than 1 year imprisonment, a $100,000 fine, and 1 year supervised release.

**PLUS:** Mandatory special assessment of $100 per count for Counts 1 and 2, and a $25 mandatory special assessment for Count 3.

**PLUS:** Forfeiture, as alleged.

**PLUS:** Restitution, if applicable.